### Village of Vermont v. Robert M. Miller et al.

1. FREEHOLD—*When Involved.*—A freehold is involved in a proceeding to enjoin a village from opening a street, on the ground that it had not been legally platted or dedicated.

Bill for Injunction.—Appeal from the Circuit Court of Fulton County; the Hon. JEFFERSON ORR, Judge, presiding. Heard in this court at the May term, 1895. Dismissed. Opinion filed June 13, 1895.

KINSEY THOMAS, attorney for appellant.

H. W. MASTERS, attorney for appellees.

PER CURIAM.

This was a bill in chancery to enjoin the appellant village from opening an alleged street in the village, upon the ground that such street had not been legally platted or ded-

icated to the village, and upon the further ground that the complainant in the bill (the appellees) had had open, adverse and continuous possession of the strip of ground claimed as a street for more than twenty years.   The village claimed a perpetual easement and the appellees claimed title by virtue of their adverse possession.

A freehold was therefore involved.   Chaplin v. Com. of Highways, 126 Ill. 264; Town of Brushy Mound v. McClintock, 146 Ill. 643.

We are without jurisdiction to entertain the appeal.

Appeal dismissed.   Leave given the parties to withdraw record, abstracts and briefs.